IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT  DIVISION

| | | |
|---|---|---|
| RICARDO ENRIQUEZ SANCHEZ | § | |
| VS. | § | CIVIL ACTION NO. 1:12cv506 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION REGARDING VENUE

Petitioner Ricardo Enriquez Sanchez, an inmate confined in the Hightower Unit of the Texas Department of Criminal Justice, Correctional Institutions Division,, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   This matter was referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636.

Petitioner states that he is challenging two 2009 criminal convictions in McLennan County, Texas.  The website operated by the Texas Department of Justice states that the convictions were for indecency with a child.

## Discussion

Petitioner filed this petition for writ of habeas corpus in the district in which he is currently confined.  Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring a petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated. Section 2241(d) further provides that a district court in the exercise of its discretion may transfer the action to the other district in the furtherance of justice.

As set forth above, petitioner was convicted in McLennan County, Texas.  Pursuant to 28 U.S.C. § 124, McLennan County is located in the Waco Division of the United States District Court for the Western District of Texas.  As all records and witnesses involving this action would likely be located in the Western District, the transfer of this action to such district would further justice.

Accordingly, this case should be transferred to the Waco Division of the United States District Court for the Western District of Texas.  A Transfer Order shall be entered in accordance with this Memorandum Opinion.

SIGNED this 23rd day of October, 2012.

_____
Zack Hawthorn
United States Magistrate Judge